PER CURIAM.
We have for review T.L.B. v. State, 626 So.2d 1120 (Fla. 5th DCA 1993), which cited as authority a case pending review in this Court, B.H. v. State, 622 So.2d 615 (Fla. 5th DCA 1993), aff'd in part, 645 So.2d 987 (Fla. 1994). We have jurisdiction, art. V, § 3(b)(3), Fla. Const., and approve the decision on authority of B.H.
It is so ordered.
GRIMES, C.J., OVERTON and WELLS, JJ., and McDONALD, Senior Justice, concur.
*844 HARDING, J., concurs in part and dissents in part with an opinion.
KOGAN, J., dissents with an opinion, in which SHAW, J., concurs.